# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARNEY VANBUREN MARKHAM,**

    **Plaintiff,**

**v.**                                             **Case No:  6:16-cv-603-Orl-37KRS**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

    **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)**
>
> **FILED:**     **October 31, 2016**

The Commissioner of the Social Security Administration requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner believes that remand would be appropriate for further administrative proceedings. Specifically, the Appeals Council will do the following:

> [I]nstruct the Administrative Law Judge to: hold a new hearing; attempt to locate the missing evidence, including Plaintiff's medical evidence and earnings records, and include the evidence in the record; re-evaluate Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; further evaluate the medical source opinions by stating the weight assigned to them and explaining the reasons for the weight given; if necessary, obtain supplemental testimony from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and consolidate the claims files and issue a new decision on the consolidated claims.

Doc. No. 18 at 1.  Plaintiff does not oppose the request for remand.  *Id.*

Accordingly, it is respectfully **RECOMMENDED** that the final decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and that the case be **REMANDED** for further proceedings consistent with the Commissioner's undertaking in the motion.  It is further **RECOMMENDED** that the Court **DIRECT** the Clerk of Court to issue a judgment consistent with the Order on this Report and Recommendation and to, thereafter, close the file.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on November 1, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy