**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BARNEY VANBUREN MARKHAM,

      Plaintiff,

v.                                                                Case No. 6:16-cv-603-Orl-37KRS

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

_____

**ORDER**

This cause is before the Court on the following:

1.    Unopposed Motion for Entry of Judgment with Remand (Doc. 18), filed

October 31, 2016; and

2.    U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation

(Doc. 19), filed November 1, 2016.

Upon review, the Court finds that the unopposed Report and Recommendation

(Doc. 19), which recommends granting the Commissioner of Social Security

Administration's Unopposed Motion for Entry of Judgment With Remand (Doc. 18), is due

to be adopted and approved. Thus, the Court will remand this appeal to the Commissioner

of Social Security, and:

> Upon remand, the Appeals Council will instruct the
> Administrative Law Judge to: hold a new hearing; attempt to
> locate the missing evidence, including Plaintiff's medical
> evidence and earnings records, and include the evidence in
> the record; re-evaluate Plaintiff's residual functional capacity
> on the updated record, citing specific evidence in support of
> the assessed limitations; further evaluate the medical source
> opinions by stating the weight assigned to them and
> explaining the reasons for the weight given; if necessary,

obtain supplemental testimony from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and consolidate the claims files and issue a new decision on the consolidated claims.

(Doc. 18, p. 1.)

## CONCLUSION

It is hereby **ORDERED AND ADJUDGED** that:

(1)     U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 19) is **APPROVED AND ADOPTED IN FULL**.

(2)     Unopposed Motion for Entry of Judgment with Remand (Doc. 18) is **GRANTED**.

(3)     The final decision of the Commissioner of Social Security is **REVERSED**.

(4)     This matter is **REMANDED** to the Social Security Administration for further proceedings consistent with this Order.

(5)     The Clerk is **DIRECTED** to enter Judgment for Plaintiff and against the Commissioner.

(6)     The Clerk is further **DIRECTED to CLOSE** this case

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 15, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record